UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Colleen Strawbridge,

            Plaintiff(s),                09 Civ. 5426 (CM) (HBP)

    -against-

                                          CALENDAR NOTICE

Federal Deposit Insurance Corporation, et al.,
            Defendant(s).
------------------------------------------------------X

Please take notice that the above captioned matter has been **re-scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ✓ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, September 11, 2009 at 12:00 p.m.** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: August 10, 2009
         New York, New York

So Ordered

_/s/ Colleen McMahon_

Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/09

Copies mailed/faxed/handed to counsel on 8/10/09