UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

COLLEEN STRAWBRIDGE,

      Plaintiff,

    -against-                              09 Civ. 5426 (CM)

FEDERAL DEPOSIT INSURANCE CORP.,
as Receiver for INDYMAC BANK and
200 EAST 74 OWNERS CORP.,
      Defendant.

———————————————————————x

**MEMORANDUM ORDER**

McMahon, J.:

      Defendant 200 East 74 Owners Corp. advises by letter that it has never received the Amended Complaint plaintiff was previously ordered to serve and file.

      Plaintiff has sent a letter indicating that she submitted the pleading to the Pro Se Office of this court on October 5, 2009. The court has checked with the Pro Se office; it was indeed brought to that office, which filed it on the court's docket on October 16. Plaintiff further indicates that she served the amended complaint on counsel for defendants, only to have it returned for insufficient postage. She indicates that she remailed the packages on October 14.

      Counsel are reminded that a pro se litigant can only file papers with the court by first submitting them to the Pro Se Office, which takes between one and two weeks to docket submissions, due to the sheer volume of material that passes through the office. The court deems papers filed when they are received by the Pro Se Office. Plaintiff substantially complied with the court's order. No default will be entered. Defendants are free to move against the latest complaint.

Dated: October 19, 2009

                                                    _____
                                                                 U.S.D.J.

BY FIRST CLASS MAIL TO PLAINTIFF AND DEFENDANTS' COUNSEL