UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————x

COLLEEN STRAWBRIDGE,

    Plaintiff,

    -against-                                                                    09 Civ. 5426 (CM)

FDIC et al,

    Defendants.

———————————————————x

|USDS SDNY|
|DOCUMENT|
|ELECTRONICALLY FILED|
|DOC #: _____|
|DATE FILED: 12/11/09|

## ORDER BARRING THE FURTHER SENDING OF FAXES BY PLAINTIFF

McMahon, J.:

    Plaintiff, who is proceeding pro se, has developed a disturbing habit of faxing chambers every time she reacts to some actual or perceived development in this lawsuit.

    This court has rules that pro se litigants must abide by if they wish to pursue litigation. One of those rules is that all submissions, of whatever nature, are to be mailed or delivered to the Pro Se Office, which will then send them on to the responsible judge. Pro se parties are NOT to communicate directly with chambers. This rule permits the judge to avoid having any ex parte contact with the pro se litigant.

    I realize that Ms. Strawbridge was probably not aware of the rule when she started sending faxes. However, the court has memo endorsed a fax on at least one prior occasion calling her attention to the rule and directing her to abide by it.

    Today, yet another fax was received in chambers. I attach it to this order, and I do so in order to return it -- unread – to plaintiff. If she wants me to see it, she will have to MAIL or DELIVER it to the PRO SE OFFICE, which will follow its vetting procedures and make sure I get it.

    This is the last warning Ms. Strawbridge will receive and the last fax I will return. *Any further faxes that she transmits to chambers will be thrown away unread;* it will be as though she never sent it. Perhaps if Ms. Strawbridge hears that, she will understand and accept that the only way she can communicate with me is by sending her documents to the Pro Se Office.

Dated: December 10, 2009

_____
U.S.D.J.

BY FIRST CLASS MAIL TO

    Ms. Colleen Strawbridge
    Jay A. Katz, Esq.
    Joshua Graham Losardo, Esq.